IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DALE BAKER**, individually, and behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) **THE ADT CORPORATION**, a Delaware corporation, and **ADT LLC d/b/a ADT SECURITY SERVICES**, a Florida limited liability company, ) ) ) ) ) ) ) Defendants. ) | No. 1:14-cv-08988<br><br>Hon. Judge Charles R. Norgle, Sr. |

### AGREED SCHEDULING ORDER REGARDING ADT'S MOTION TO TRANSFER AND ADT'S MOTION TO DISMISS

The parties jointly propose the following stipulated briefing schedule for ADT's Motion to Transfer and ADT's Motion to Dismiss.

| Event | | Due Date |
|---|---|---|
| ***Motion to Transfer*** | | |
| Plaintiff's Response | 2 weeks | 1/23/15 |
| Defendants' Reply | 2 weeks | 2/6/15 |
| ***Motion to Dismiss*** | | |
| Plaintiff's Response to Motion or Amended Complaint | 5 weeks (3 weeks from due date of Response to Motion to Transfer) | 2/13/15 |
| Defendants' Reply (if necessary) | 2 weeks | 2/27/15 |

/s/ *Thomas A. Zimmerman, Jr.*
Thomas A. Zimmerman, Jr. (IL #6231944)
Adam M. Tamburelli (IL #6292017)
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
tom@attorneyzim.com
adam@attorneyzim.com

/s/ *Daniel R. McElroy*
Mark L. Levine (#6201501)
Daniel R. McElroy (#6306560)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
mark.levine@bartlit-beck.com
daniel.mcelroy@bartlit-beck.com

Carolyn J. Frantz (#6282896)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1899 Wynkoop Street, Suite 800
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
carolyn.frantz@bartlit-beck.com

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1/9/2015