IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DALE BAKER**, individually, and behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**THE ADT CORPORATION**, a Delaware )<br>corporation, and )<br>**ADT, LLC d/b/a ADT SECURITY SERVICES**, )<br>a Florida limited liability company, )<br>)<br>Defendants. ) | No. 14 cv 8988 |

**STIPULATON REGARDING TRANSFER OF VENUE**

Plaintiff, Dale Baker, and Defendants, The ADT Corporation and ADT, LLC, by and through their respective counsel, hereby stipulate and agree that transfer of this case from the U.S. District Court for the Northern District of Illinois to the U.S. District Court for the Central District of Illinois is appropriate pursuant to 28 U.S.C. §1404(a).

Date: January 23, 2015

Respectfully submitted,

| Plaintiff DALE BAKER, individually, and on behalf of all others similarly situated, | Defendants THE ADT CORPORATION and ADT, LLC, |
|---|---|
| By:    /s/ Adam M. Tamburelli<br>    Thomas A. Zimmerman, Jr. (IL #623194)<br>    Adam M. Tamburelli (IL #6292017)<br>    ZIMMERMAN LAW OFFICES, P.C.<br>    77 West Washington Street, Suite 1220<br>    Chicago, Illinois 60602<br>    (312) 440-0020 telephone<br>    www.attorneyzim.com<br>    *Counsel for the Plaintiff and Putative Class* | By:    /s/ Daniel R. McElroy<br>    Mark L. Levine (#6201501)<br>    Daniel R. McElroy (#6306560)<br>    Bartlit Beck Herman Palenchar & Scott LLP<br>    54 West Hubbard Street, Suite 300.<br>    Chicago, IL 60654<br>    Telephone: (312) 494-4400<br>    *Counsel for the Defendants* |

2

**<u>CERTIFICATE OF SERVICE</u>**

      Adam M. Tamburelli, an attorney, hereby certifies that he caused the above and foregoing document to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, prior to 5:00 p.m., on this day January 23, 2015.

<u>/s/ Adam M. Tamburelli</u>